Michael TYLER, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Pennsylvania Department of Corrections, and Department of Corrections Community Corrections Center, Appellees.

Supreme Court of Pennsylvania.

Feb. 22, 2012.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of February, 2012, the order of the Commonwealth Court is **AFFIRMED**.